# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| PA PORTFOLIO, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 6:11-CV-02183-TMC |
| v. | ) |
| | ) |
| JOHN GILBERT LUDWIG AND | ) |
| SDI FUNDING, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |
| v. | ) |
| | ) |
| THE MILLER GROUP, LLC, | ) |
| | ) |
| Receiver. | ) |
| | ) |

## AMENDED CONSENT ORDER APPROVING SETTLEMENT AND AUTHORIZING ENTRY OF JUDGMENT

This matter came before the Court upon a Consent Motion filed by counsel for Plaintiff and Defendants seeking approval of the Consent Judgment Agreement entered into by the parties and authorizing the entry of Judgment in accordance with the terms of the Agreement. Having reviewed the Consent Motion, the Consent Judgment Agreement, and the Company Resolution of SDI Funding, LLC, the relief requested by the parties appears to be appropriate. Accordingly, it is:

ORDERED that the Consent Judgment Agreement dated April 18, 2012, entered into by P.A. Portfolio, LLC, SDI Funding, LLC, and John Gilbert Ludwig is approved. Accordingly, all of the assets of SDI Funding, LLC that are the subject of this litigation have been transferred to P.A. Portfolio, LLC; provided, however, that this transfer shall not affect the Receiver's

authority to consummate any sales of such assets previously approved by the Court, and the Receiver is authorized to execute any documents necessary to complete such transactions.

IT IS FURTHER ORDERED that, pursuant to the Company Resolution of SDI Funding, LLC, P.A. Portfolio, LLC is authorized to execute documents and take such other actions as described in the Company Resolution as may be necessary implement the Consent Judgment Agreement and to effectuate the transfer of the assets that are the subject of this litigation.

IT IS FURTHER ORDERED that the Receiver is authorized to sell property that is the subject of the receivership with the written consent of counsel for P.A. Portfolio, LLC and without further Order of the Court.

IT IS FURTHER ORDERED that, in accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to the Consent Judgment Agreement, the Clerk of Court is authorized and directed to enter judgment in favor of P.A. Portfolio, LLC against SDI Funding, LLC, in the amount of Six Million Nine Hundred Forty-Four Thousand One Hundred Eighty-One Dollars and Nine Cents ($6,944,181.09).

AND IT IS SO ORDERED.

June 7, 2012                                              ____s/Timothy M. Cain_____
                                                          UNITED STATES DISTRICT JUDGE